MANDATE


# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of July, two thousand twenty-six.

---

Dexter Withers,

Plaintiff - Appellant,

v.

Sean Combs, Daddy's House Recordings, Inc., CE OPCO, LLC, d/b/a Combs Global, f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, Bad Boy Productions LLC, Organizational Does 1-10, Individual Does 1-10,

Defendants - Appellees.

---

**ORDER**

Docket No. 26-958

On June 4, 2026, the Court issued a notice placing this appeal on the Expedited Appeals Calendar under Local Rule 31.2(b), and setting July 9, 2026, as Appellant's brief due date. Appellant has failed to file the brief. Upon consideration thereof,

IT IS HEREBY ORDERED that Appellant's brief must be filed on or before July 30, 2026. The appeal will be dismissed effective July 30, 2026, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the previously ordered filing date. *See* Local Rule 27.1(f)(1); *cf. RLI Insurance Co. v. JDJ Marine, Inc.*, 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

[Seal: United States Court of Appeals, Second Circuit] Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
[Seal] Catherine O'Hagan Wolfe

MANDATE ISSUED ON 08/18/2026